IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO PAYNE,

      Plaintiff,                    No. CIV S-07-1913 WBS EFB P

      vs.

D. SISTO, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel suing for civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff initiated this action by filing, incorrectly, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2007, the court dismissed the petition with leave to file a complaint or to amend his petition as appropriate because plaintiff was seeking to challenge the conditions of his confinement rather than the fact or duration of his conviction.

      On November 1, 2007, plaintiff filed a complaint together with a request for an order requiring that he be provided increased access to the law library to comply with the October 11 order. On November 13, 2007, he also filed a first amended petition. For the reasons stated below, the request for an order to increase his library access is denied.

      Prisoners have a First and Fourteenth Amendment right of access to the courts. *Lewis v. Casey*, 518 U.S. 343, 346 (1996). This right comprehends "the opportunity to prepare, serve and

file whatever pleadings or other documents are necessary or appropriate in order to commence or prosecute court proceedings affecting one's personal liberty." *Id.*, at 384.  The right "requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." *Bounds v. Smith*, 430 U.S. 817, 828 (1977).  In his request, plaintiff asserts that in the weeks before he had to file the complaint or amended petition, he was denied access to the law library.  However, he filed both a complaint *and* an amended petition (though he was only instructed to file one or the other).  The court finds that plaintiff has not demonstrated that he lacked access to legal materials adequate to present his claims.

Accordingly, it is ORDERED that plaintiff's November 1, 2007, request for an order directing that he be given additional time in the law library is denied.

Dated:  December 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE