IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO PAYNE,

      Plaintiff,                  No. CIV S-07-1913 WBS EFB P

   vs.

D. SISTO, et al.,

      Defendants.          <u>ORDER</u>

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations, in which he argues that his section 1983 claim is different from his habeas corpus action. That does not change the fact, however, that his complaint fails to state a claim upon which relief can be granted.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

1

1 | entire file, the court finds the findings and recommendations to be supported by the record and
2 | by proper analysis.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1. The findings and recommendations filed February 28, 2008, are adopted in
5 | full; and,
6 |     2. This action is dismissed for failure to state a claim upon which relief could be
7 | granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
8 | DATED: April 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2